1
2
3
4
5
6                                                                JS-6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 | IVAN L. MENDEZ,           ) Case No. CV 11-5888-JFW (DTB)
12 |            Plaintiff,      )
13 |       vs.                  ) **J U D G M E N T**
14 | MY EX EMPLOYER, et al.,    )
15 |            Defendants.     )
16                              )
17
18       Pursuant to the Order Summarily Dismissing Action,
19       IT IS ADJUDGED that the action is dismissed without prejudice.
20
21
22  DATED:  March 5, 2012          _____  JOHN
                                   F. WALTER
23                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

1